# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Majzoub, Mona K. | MI; Eastern District | 08/16/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge; full-time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

231 W. Lafayette Blvd, Rm 704
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Line 1 - Trust #1 (Brokerage 1) - Postions listed in Part VII, starting on Line 2 |
| 2. | Trustee | Line 303 - Trust #6 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 3. | Trustee | Line 304 - Trust #3 - Checking (Brokerage 5) - No reportable assets - See Part VIII |
| 4. | Trustee | Line 476 - Trust #2 (Brokerage 1) - Positions listed in Part VII starting on line 477 |
| 5. | Trustee | Line 630 - Trust #1-2 (Brokerage 1) - No reportable assets - See Part VIII |
| 6. | Trustee | Line 631- Trust #3 (Brokerage 1) - Positions listed in Part VII starting on line 632 |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Kitch, Drutchas - Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (Brokerage 1) | F | Int./Div. | P1 | T | | | | | |
| 2. -Abbott Laboratories | | | | | | | | | |
| 3. -Apple Inc | | | | | | | | | |
| 4. -AT&T Inc | | | | | | | | | |
| 5. -Blackrock Inc | | | | | | | | | |
| 6. -BP PLC Spons ADR | | | | | Sold | 09/08/15 | K | | |
| 7. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF | | | | | | | | | |
| 8. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | | | | | |
| 9. -Claymore Guggenheim Bulletshares 2018 High Yld Corp Bd ETF | | | | | Buy | 11/02/15 | L | | |
| 10. -Comerica Inc | | | | | | | | | |
| 11. -Costco Whsl Corp New Com (fka Costco Whsl Corp New) | | | | | | | | | |
| 12. -Dover Corp Common | | | | | | | | | |
| 13. -Energy Select Sector Spdr ETF | | | | | | | | | |
| 14. -Exxon Mobil Corp | | | | | | | | | |
| 15. -Franklin Resources Inc | | | | | | | | | |
| 16. -General Electric Company | | | | | | | | | |
| 17. -Genuine Parts Co Com | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Sold | 11/02/15 | L | | |
| 19. -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF | | | | | Buy | 11/02/15 | L | | |
| 20. -Honeywell International Inc | | | | | | | | | |
| 21. -Intel Corp | | | | | | | | | |
| 22. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy | 11/02/15 | L | | |
| 23. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/22/15 | J | | |
| 24. -IShares Global Telecom ETF | | | | | Sold | 02/06/15 | K | B | |
| 25. -IShares Ibonds Sep 2015 Amt Free Muni Bond ETF | | | | | Sold | 09/08/15 | J | | |
| 26. -IShares Ibonds Sep 2016 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 04/17/15 | L | | |
| 27. -IShares Ibonds Sep 2016 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 05/04/15 | K | | |
| 28. -IShares Ibonds Sep 2016 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 11/02/15 | L | | |
| 29. -IShares Ibonds Sep 2017 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 02/20/15 | L | | |
| 30. -IShares Ibonds Sep 2017 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 11/02/15 | L | | |
| 31. -IShares Ibonds Sep 2018 Amt-Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |
| 32. -IShares Ibonds Sep 2019 Amt-Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |
| 33. -IShares Ibonds Sep 2020 Amt-Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |
| 34. -IShares Tr Ibonds Dec 2021 Amt Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Buy<br>(add'l) | 02/20/15 | L | | |
| 36. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Sold<br>(part) | 05/04/15 | L | | |
| 37. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Sold | 10/30/15 | L | | |
| 38. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold<br>(part) | 02/20/15 | L | | |
| 39. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy<br>(add'l) | 05/04/15 | L | | |
| 40. -IShares MSCI EAFE Growth ETF | | | | | Sold<br>(part) | 11/02/15 | J | A | |
| 41. -IShares MSCI EAFE Value ETF | | | | | Sold<br>(part) | 11/02/15 | J | | |
| 42. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Sold | 10/30/15 | K | | |
| 43. -IShares PHLX Semiconductor ETF | | | | | Buy | 12/23/15 | K | | |
| 44. -IShares Russell Midcap Growth ETF | | | | | | | | | |
| 45. -Ishares Russell Mid-Cap Value ETF | | | | | | | | | |
| 46. -IShares Select Dividend ETF | | | | | Sold<br>(part) | 11/02/15 | K | C | |
| 47. -Johnson & Johnson | | | | | | | | | |
| 48. -JPMorgan Chase & Co | | | | | | | | | |
| 49. -Microsoft Corp | | | | | | | | | |
| 50. -Nextera Energy Inc | | | | | | | | | |
| 51. -Norfolk Southern Corp | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Paychex Inc | | | | | Sold | 02/06/15 | K | D | |
| 53. -Pepsico Incorporated | | | | | | | | | |
| 54. -Powershares Senior Loan Portfolio ETF | | | | | | | | | |
| 55. -Proctor & Gamble Co | | | | | | | | | |
| 56. -Qualcomm Inc | | | | | Buy | 02/06/15 | J | | |
| 57. -Qualcomm Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 58. -Qualcomm Inc | | | | | Sold | 12/24/15 | K | | |
| 59. -Royal Dutch Shell PLC ADR B | | | | | Buy | 09/08/15 | K | | |
| 60. -RPM International Inc | | | | | | | | | |
| 61. -Select Sector Spdr Fd Materials | | | | | | | | | |
| 62. -Select Sector Spdr Tr Utilities Select Sector | | | | | | | | | |
| 63. -Spdr S&P Biotech ETF | | | | | Buy | 02/06/15 | K | | |
| 64. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold | 02/20/15 | K | | |
| 65. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy | 05/04/15 | K | | |
| 66. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold | 12/22/15 | J | | |
| 67. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | | | | | |
| 68. -Stryker Corp | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Sysco Corporation | | | | | | | | | |
| 70. -Teva Pharmaceutical ADR Inds Ltd | | | | | | | | | |
| 71. -Thomson Reuters Corp | | | | | | | | | |
| 72. -US Bancorp New | | | | | | | | | |
| 73. -VF Corporation | | | | | Buy (add'l) | 11/02/15 | J | | |
| 74. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 11/02/15 | K | A | |
| 75. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 02/20/15 | K | | |
| 76. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold (part) | 11/02/15 | K | | |
| 77. -Verizon Communications Com | | | | | | | | | |
| 78. -Wal-Mart Stores Inc | | | | | | | | | |
| 79. -IBM Corp Sr Unsecured | | | | | Sold | 02/19/15 | L | A | |
| 80. -John Deere Capital Corp Medium Term Notes | | | | | Sold | 02/19/15 | L | A | |
| 81. -Novi MI Cmty Sch Dist Ref G/O Unltd B/E FSA | | | | | Redeemed | 05/01/15 | K | | |
| 82. -Whitehall Mich Dist Schs Rfdg G/O Unltd B/E FSA | | | | | Redeemed | 05/01/15 | K | | |
| 83. -Kent Cnty MI Bldg Auth Ref G/O Ltd B/E | | | | | Redeemed | 06/01/15 | K | | |
| 84. -Lakeview MI Pub Schdist Macomb Cnty RF G/O Unltd B/E MBIA | | | | | Sold | 10/30/15 | K | | |
| 85. -Taylor MI G/O Ltd B/E MBIA | | | | | Sold | 10/30/15 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86. -Grand Rapids MI Cap Impt G/O Ltd B/E NPFG | | | | | Sold | 10/30/15 | K | A | |
| 87. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Sold | 10/30/15 | N | B | |
| 88. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Sold (part) | 11/03/15 | M | | |
| 89. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Sold | 10/30/15 | M | | |
| 90. IRA #1 (Brokerage 1) | E | Int./Div. | P1 | T | | | | | |
| 91. -Abbott Laboratories | | | | | Buy (add'l) | 02/20/15 | J | | |
| 92. -Abbott Laboratories | | | | | Sold (part) | 08/03/15 | J | A | |
| 93. -Abbott Laboratories | | | | | Buy (add'l) | 10/19/15 | J | | |
| 94. -Apple Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 95. -Apple Inc | | | | | Sold (part) | 08/03/15 | J | A | |
| 96. -Apple Inc | | | | | Buy (add'l) | 10/19/15 | J | | |
| 97. -AT&T Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 98. -Blackrock Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 99. -Blackrock Inc | | | | | Buy (add'l) | 08/03/15 | J | | |
| 100. -Blackrock Inc | | | | | Buy (add'l) | 10/19/15 | J | | |
| 101. -BP PLC Spons ADR | | | | | Buy (add'l) | 02/20/15 | J | | |
| 102. -BP PLC Spons ADR | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -BP PLC Spons ADR | | | | | Sold | 09/08/15 | J | | |
| 104. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bnd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 105. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bnd ETF | | | | | Sold (part) | 08/03/15 | J | A | |
| 106. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bnd ETF | | | | | Sold (part) | 10/19/15 | J | A | |
| 107. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 108. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bd ETF | | | | | Sold (part) | 08/03/15 | J | A | |
| 109. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bd ETF | | | | | Sold (part) | 10/19/15 | J | A | |
| 110. -Claymore Exchange Guggenheim Bulletshares 2020 Corp Bd ETF | | | | | Buy | 10/19/15 | L | | |
| 111. -Claymore Guggenheim Bulletshares 2015 Corporate Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 112. -Claymore Guggenheim Bulletshares 2015 Corporate Bd ETF | | | | | Buy (add'l) | 08/03/15 | K | | |
| 113. -Claymore Guggenheim Bulletshares 2015 Corporate Bd ETF | | | | | Sold | 10/19/15 | K | | |
| 114. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy | 02/20/15 | J | | |
| 115. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy (add'l) | 08/03/15 | K | | |
| 116. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy (add'l) | 10/19/15 | K | | |
| 117. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 118. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Sold (part) | 08/03/15 | J | A | |
| 119. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 10/19/15 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,001 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 121.  -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Sold (part) | 08/03/15 | J | | |
| 122.  -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Sold (part) | 10/19/15 | J | | |
| 123.  -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 124.  -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Sold (part) | 08/03/15 | J | | |
| 125.  -Claymore Guggenheim Bulletshares 2018 High Yld Corp Bd ETF | | | | | Buy | 10/19/15 | K | | |
| 126.  -Comerica Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 127.  -Comerica Inc | | | | | Buy (add'l) | 10/19/15 | J | | |
| 128.  -Costco Whsl Corp New Com (fka Costco Whsl Corp New) | | | | | Buy (add'l) | 02/20/15 | J | | |
| 129.  -Costco Whsl Corp New Com (fka Costco Whsl Corp New) | | | | | Sold (part) | 08/03/15 | J | A | |
| 130.  -Costco Whsl Corp New Com (fka Costco Whsl Corp New) | | | | | Sold (part) | 10/19/15 | J | A | |
| 131.  -Dover Corp Common | | | | | Buy (add'l) | 02/20/15 | J | | |
| 132.  -Dover Corp Common | | | | | Buy (add'l) | 08/03/15 | J | | |
| 133.  -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 134.  -Energy Select Sector SPDR ETF | | | | | Buy (add'l) | 08/03/15 | J | | |
| 135.  -Exxon Mobil Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 136.  -Exxon Mobil Corp | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Exxon Mobil Corp | | | | | Sold (part) | 10/19/15 | J | | |
| 138. -Franklin Resources Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 139. -Franklin Resources Inc | | | | | Buy (add'l) | 08/03/15 | J | | |
| 140. -Franklin Resources Inc | | | | | Sold (part) | 10/19/15 | J | | |
| 141. -General Electric Company | | | | | Buy (add'l) | 02/20/15 | J | | |
| 142. -General Electric Company | | | | | Sold (part) | 10/19/15 | J | A | |
| 143. -Genuine Parts Co Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 144. -Genuine Parts Co Com | | | | | Buy (add'l) | 08/03/15 | J | | |
| 145. -Guggenheim Bulletshares 2021 Corporate Bond ETF | | | | | Buy | 10/19/15 | L | | |
| 146. -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 147. -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Sold (part) | 08/03/15 | J | | |
| 148. -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Sold | 10/19/15 | K | | |
| 149. -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF | | | | | Buy | 10/19/15 | K | | |
| 150. -Honeywell International Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 151. -Honeywell International Inc | | | | | Sold (part) | 08/03/15 | J | A | |
| 152. -Intel Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 153. -Intel Corp | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Intel Corp | | | | | Sold (part) | 10/19/15 | J | A | |
| 155.  -IShares Core MSCI Total Intl Stk ETF | | | | | Buy | 10/19/15 | K | | |
| 156.  -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/22/15 | J | | |
| 157.  -IShares Global Telecom ETF | | | | | Sold | 02/06/15 | J | A | |
| 158.  -IShares IboxxS High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 159.  -IShares IboxxS High Yield Corp Bond ETF | | | | | Sold (part) | 08/03/15 | J | | |
| 160.  -IShares IboxxS High Yield Corp Bond ETF | | | | | Sold | 10/19/15 | K | | |
| 161.  -Ishares Intermediate Credit Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 162.  -Ishares Intermediate Credit Bond ETF | | | | | Sold (part) | 08/03/15 | K | | |
| 163.  -Ishares Intermediate Credit Bond ETF | | | | | Sold | 10/19/15 | L | | |
| 164.  -Ishares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 165.  -Ishares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 08/03/15 | J | | |
| 166.  -Ishares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 10/19/15 | J | | |
| 167.  -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 168.  -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 10/19/15 | J | | |
| 169.  -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 170.  -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 08/03/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -IShares MSCI EAFE Value ETF | | | | | Sold (part) | 10/19/15 | J | | |
| 172. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 173. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 08/03/15 | J | | |
| 174. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Sold | 10/19/15 | J | | |
| 175. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 176. -IShares Russell Midcap Growth ETF | | | | | Sold (part) | 08/03/15 | J | A | |
| 177. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 10/19/15 | J | | |
| 178. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 179. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 08/03/15 | J | | |
| 180. -IShares Select Dividend ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 181. -IShares Select Dividend ETF | | | | | Sold (part) | 08/03/15 | J | B | |
| 182. -IShares Select Dividend ETF | | | | | Sold (part) | 10/19/15 | J | A | |
| 183. -Johnson & Johnson | | | | | Buy (add'l) | 02/20/15 | J | | |
| 184. -Johnson & Johnson | | | | | Buy (add'l) | 08/03/15 | J | | |
| 185. -JPMorgan Chase & Co | | | | | Buy (add'l) | 02/20/15 | J | | |
| 186. -JPMorgan Chase & Co | | | | | Sold (part) | 08/03/15 | J | A | |
| 187. -JPMorgan Chase & Co | | | | | Buy (add'l) | 10/19/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Microsoft Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 189. -Microsoft Corp | | | | | Buy (add'l) | 08/03/15 | J | | |
| 190. -Nextera Energy Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 191. -Norfolk Southern Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 192. -Norfolk Southern Corp | | | | | Buy (add'l) | 08/03/15 | J | | |
| 193. -Norfolk Southern Corp | | | | | Buy (add'l) | 10/19/15 | J | | |
| 194. -Paychex Inc | | | | | Sold | 02/06/15 | J | C | |
| 195. -Pepsico Incorporated | | | | | Buy (add'l) | 02/20/15 | J | | |
| 196. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 197. -Powershares Senior Loan Portfolio ETF | | | | | Sold (part) | 08/03/15 | J | | |
| 198. -Proctor & Gamble Co | | | | | Buy (add'l) | 02/20/15 | J | | |
| 199. -Proctor & Gamble Co | | | | | Buy (add'l) | 08/03/15 | J | | |
| 200. -Proctor & Gamble Co | | | | | Sold (part) | 10/19/15 | J | | |
| 201. -Qualcomm Inc | | | | | Buy | 02/06/15 | J | | |
| 202. -Qualcomm Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 203. -Qualcomm Inc | | | | | Buy (add'l) | 08/03/15 | J | | |
| 204. -Qualcomm Inc | | | | | Buy (add'l) | 10/19/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Royal Dutch Shell PLC ADR B | | | | | Buy | 09/08/15 | J | | |
| 206. -Royal Dutch Shell PLC ADR B | | | | | Sold (part) | 10/19/15 | J | A | |
| 207. -RPM International Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 208. -RPM International Inc | | | | | Buy (add'l) | 08/03/15 | J | | |
| 209. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 02/20/15 | J | | |
| 210. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 08/03/15 | J | | |
| 211. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 02/20/15 | J | | |
| 212. -Spdr S&P Biotech ETF | | | | | Buy | 02/06/15 | J | | |
| 213. -Spdr S&P Biotech ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 214. -Spdr S&P Biotech ETF | | | | | Sold (part) | 08/03/15 | J | A | |
| 215. -Spdr S&P Biotech ETF | | | | | Buy (add'l) | 10/19/15 | J | | |
| 216. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 217. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 08/03/15 | J | | |
| 218. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold (part) | 10/19/15 | J | | |
| 219. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold | 12/22/15 | J | | |
| 220. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 221. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 10/19/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 48

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/16/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Stryker Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 223. -Stryker Corp | | | | | Sold (part) | 08/03/15 | J | A | |
| 224. -Sysco Corporation | | | | | Buy (add'l) | 02/20/15 | J | | |
| 225. -Sysco Corporation | | | | | Buy (add'l) | 08/03/15 | J | | |
| 226. -Sysco Corporation | | | | | Sold (part) | 10/19/15 | J | A | |
| 227. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 02/20/15 | J | | |
| 228. -Teva Pharmaceutical ADR Inds Ltd | | | | | Sold (part) | 08/03/15 | J | B | |
| 229. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 10/19/15 | J | | |
| 230. -Thomson Reuters Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 231. -Thomson Reuters Corp | | | | | Sold (part) | 10/19/15 | J | A | |
| 232. -US Bancorp New | | | | | Buy (add'l) | 02/20/15 | J | | |
| 233. -US Bancorp New | | | | | Buy (add'l) | 10/19/15 | J | | |
| 234. -VF Corporation | | | | | Buy (add'l) | 02/20/15 | J | | |
| 235. -VF Corporation | | | | | Buy (add'l) | 10/19/15 | J | | |
| 236. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 237. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 08/03/15 | J | | |
| 238. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 10/19/15 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 240. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 08/03/15 | J | | |
| 241. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold (part) | 10/19/15 | J | | |
| 242. -Vanguard Total Bond Market ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 243. -Vanguard Total Bond Market ETF | | | | | Buy (add'l) | 08/03/15 | K | | |
| 244. -Vanguard Total Bond Market ETF | | | | | Sold (part) | 10/19/15 | K | | |
| 245. -Verizon Communications Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 246. -Verizon Communications Com | | | | | Buy (add'l) | 08/03/15 | J | | |
| 247. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 248. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 08/03/15 | J | | |
| 249. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 10/19/15 | J | | |
| 250. -IBM Corp Sr Unsecured | | | | | Sold | 02/19/15 | L | A | |
| 251. -John Deere Capital Corp Medium Term Notes | | | | | Sold | 02/19/15 | L | A | |
| 252. Retirement Savings Plan #2 | C | Int./Div. | O | T | | | | | |
| 253. -Dodge & Cox Balanced | | | | | | | | | |
| 254. -Fid Freedom K Income | | | | | | | | | |
| 255. American Funds 529 Plan One | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. -AMCAP Fund-529A | | | | | | | | | |
| 257. -American Balanced Fund-529A | | | | | Distributed<br>(part) | 03/19/15 | J | | |
| 258. -American Funds Money<br>Market Fund-529A (fka<br>AmericanFdsMoneyMktFd529A) | | | | | | | | | |
| 259. -American High-Income Trust-529A (fka<br>American High-Inc Tr 529A) | | | | | | | | | |
| 260. -American Mutual Fund-529A | | | | | | | | | |
| 261. -Bond Fund of America-529A | | | | | | | | | |
| 262. -Capital World Bond Fund-529A | | | | | | | | | |
| 263. -EuroPacific Growth Fund-529A | | | | | | | | | |
| 264. -Income Fund of America-529A (fka Inc<br>Fund of America 529A) | | | | | | | | | |
| 265. -New World Fund-529A | | | | | | | | | |
| 266. -SMALLCAP World Fund-529A | | | | | | | | | |
| 267. American Funds 529 Plan Two | C | Dividend | M | T | | | | | |
| 268. -AMCAP Fund-529A | | | | | | | | | |
| 269. -American Balanced Fund-529A | | | | | | | | | |
| 270. -American Funds Money<br>Market Fund-529A (fka<br>AmericanFdsMoneyMktFd529A) | | | | | | | | | |
| 271. -American High-Income Trust-529A (fka<br>American High-Inc Tr 529A) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. -American Mutual Fund-529A | | | | | | | | | |
| 273. -Bond Fund of America-529A | | | | | | | | | |
| 274. -Capital World Bond Fund-529A | | | | | | | | | |
| 275. -EuroPacific Growth Fund-529A | | | | | | | | | |
| 276. -Income Fund of America-529A (fka Inc Fund of America 529A) | | | | | | | | | |
| 277. -New World Fund-529A | | | | | | | | | |
| 278. -SMALLCAP World Fund-529A | | | | | | | | | |
| 279. American Funds 529 Plan Three | C | Dividend | M | T | | | | | |
| 280. -AMCAP Fund-529A | | | | | | | | | |
| 281. -American Balanced Fund-529A | | | | | | | | | |
| 282. -American Funds Money Market Fund-529A (fka AmericanFdsMoneyMktFd529A) | | | | | | | | | |
| 283. -American High-Income Trust-529A (fka American High-Inc Tr 529A) | | | | | | | | | |
| 284. -American Mutual Fund-529A | | | | | | | | | |
| 285. -Bond Fund of America-529A | | | | | | | | | |
| 286. -Capital World Bond Fund-529A | | | | | | | | | |
| 287. -EuroPacific Growth Fund-529A | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288. -Income Fund of America-529A (fka Inc Fund of America 529A) | | | | | | | | | |
| 289. -New World Fund-529A | | | | | | | | | |
| 290. -SMALLCAP World Fund-529A | | | | | | | | | |
| 291. American Funds 529 Plan Four | A | Dividend | K | T | | | | | |
| 292. -AMCAP Fund-529A | | | | | | | | | |
| 293. -American Balanced Fund-529A | | | | | | | | | |
| 294. -American Funds Money Market Fund-529A (fka AmericanFdsMoneyMktFd529A) | | | | | | | | | |
| 295. -American High-Income Trust-529A (fka American High-Inc Tr 529A) | | | | | | | | | |
| 296. -American Mutual Fund-529A | | | | | | | | | |
| 297. -Bond Fund of America-529A | | | | | | | | | |
| 298. -Capital World Bond Fund-529A | | | | | | | | | |
| 299. -EuroPacific Growth Fund-529A | | | | | | | | | |
| 300. -Income Fund of America-529A (fka Inc Fund of America 529A) | | | | | | | | | |
| 301. -New World Fund-529A | | | | | | | | | |
| 302. -SMALLCAP World Fund-529A | | | | | | | | | |
| 303. Trust #6 - Checking (PNC Bank) - fka Trust #6 - Checking (Brokerage 5) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 304. Trust #3 - Checking (PNC Bank) - fka Trust #3 - Checking (Brokerage 5) | A | Interest | K | T | | | | | |
| 305. Checking (Bank of America) - fka Checking - Bank 1 | A | Interest | K | T | | | | | |
| 306. IRA #2 (Brokerage 1) | E | Int./Div. | P1 | T | | | | | |
| 307. -Abbott Laboratories | | | | | Buy (add'l) | 02/20/15 | J | | |
| 308. -Abbott Laboratories | | | | | Sold (part) | 08/11/15 | J | A | |
| 309. -Abbott Laboratories | | | | | Buy (add'l) | 10/22/15 | J | | |
| 310. -Apple Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 311. -Apple Inc | | | | | Sold (part) | 08/11/15 | J | B | |
| 312. -AT&T Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 313. -AT&T Inc | | | | | Sold (part) | 10/22/15 | J | | |
| 314. -Blackrock Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 315. -Blackrock Inc | | | | | Buy (add'l) | 10/22/15 | J | | |
| 316. -BP Plc Spons ADR | | | | | Buy (add'l) | 02/20/15 | J | | |
| 317. -BP Plc Spons ADR | | | | | Buy (add'l) | 08/11/15 | J | | |
| 318. -BP Plc Spons ADR | | | | | Sold | 09/08/15 | J | | |
| 319. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 320. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy (add'l) | 08/11/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 322. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 323. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Sold (part) | 08/11/15 | J | | |
| 324. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Buy (add'l) | 10/22/15 | J | | |
| 325. -Claymore Exchange Guggenheim Bulletshares 2020 Corp Bond ETF | | | | | Buy | 10/22/15 | M | | |
| 326. -Claymore Guggenheim Bulletshares 2015 Corporate Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 327. -Claymore Guggenheim Bulletshares 2015 Corporate Bond ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 328. -Claymore Guggenheim Bulletshares 2015 Corporate Bond ETF | | | | | Sold | 10/22/15 | L | | |
| 329. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 330. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 331. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy (add'l) | 10/22/15 | L | | |
| 332. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 333. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 334. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 10/22/15 | L | | |
| 335. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 336. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 337. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Sold (part) | 10/22/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 338. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 339. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 340. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 341. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond ETF | | | | | Buy | 10/22/15 | L | | |
| 342. -Comerica Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 343. -Comerica Inc | | | | | Buy (add'l) | 10/22/15 | J | | |
| 344. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 345. -Costco Whsl Corp New Com | | | | | Sold (part) | 08/11/15 | J | A | |
| 346. -Costco Whsl Corp New Com | | | | | Sold (part) | 10/22/15 | J | A | |
| 347. -Dover Corp Common | | | | | Buy (add'l) | 02/20/15 | J | | |
| 348. -Dover Corp Common | | | | | Buy (add'l) | 08/11/15 | J | | |
| 349. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 350. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 351. -Exxon Mobil Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 352. -Exxon Mobil Corp | | | | | Buy (add'l) | 08/11/15 | J | | |
| 353. -Exxon Mobil Corp | | | | | Sold (part) | 10/22/15 | J | | |
| 354. -Franklin Resources Inc | | | | | Buy (add'l) | 02/20/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 355.  -Franklin Resources Inc | | | | | Buy<br>(add'l) | 08/11/15 | J | | |
| 356.  -Franklin Resources Inc | | | | | Sold<br>(part) | 10/22/15 | J | | |
| 357.  -General Electric Company | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 358.  -General Electric Company | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 359.  -General Electric Company | | | | | Sold<br>(part) | 10/22/15 | J | A | |
| 360.  -Genuine Parts Co Com | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 361.  -Genuine Parts Co Com | | | | | Sold<br>(part) | 10/22/15 | J | A | |
| 362.  -Guggenheim Bulletshares 2021 Corp Bond ETF | | | | | Buy | 10/22/15 | M | | |
| 363.  -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 364.  -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Buy<br>(add'l) | 08/11/15 | J | | |
| 365.  -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Sold | 10/22/15 | L | | |
| 366.  -Guggenheim Bulletshares 2019 High Yield Corp Bond ETF | | | | | Buy | 10/22/15 | L | | |
| 367.  -Honeywell International Inc | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 368.  -Honeywell International Inc | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 369.  -Intel Corp | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 370.  -Intel Corp | | | | | Buy<br>(add'l) | 08/11/15 | J | | |
| 371.  -Intel Corp | | | | | Sold<br>(part) | 10/22/15 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 27 of 48

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/16/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 372. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy | 10/22/15 | K | | |
| 373. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/22/15 | J | | |
| 374. -IShares Global Telecom ETF | | | | | Sold | 02/06/15 | J | A | |
| 375. -IShares IboxxS High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 376. -IShares IboxxS High Yield Corp Bond ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 377. -IShares IboxxS High Yield Corp Bond ETF | | | | | Sold | 10/22/15 | L | | |
| 378. -IShares Intermediate Credit Bond ETF | | | | | Buy (add'l) | 02/18/15 | K | | |
| 379. -IShares Intermediate Credit Bond ETF | | | | | Buy (add'l) | 02/20/15 | K | | |
| 380. -IShares Intermediate Credit Bond ETF | | | | | Sold (part) | 08/11/15 | J | | |
| 381. -IShares Intermediate Credit Bond ETF | | | | | Sold | 10/22/15 | M | | |
| 382. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 383. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 384. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 385. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 386. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 387. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 388. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 08/11/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 389. -IShares MSCI EAFE Value ETF | | | | | Sold<br>(part) | 10/22/15 | J | | |
| 390. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 391. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy<br>(add'l) | 08/11/15 | J | | |
| 392. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Sold | 10/22/15 | J | | |
| 393. -IShares Russell Midcap Growth ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 394. -IShares Russell Midcap Growth ETF | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 395. -IShares Russell Mid-Cap Value ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 396. -IShares Russell Mid-Cap Value ETF | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 397. -IShares Select Dividend ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 398. -IShares Select Dividend ETF | | | | | Sold<br>(part) | 08/11/15 | J | B | |
| 399. -IShares Select Dividend ETF | | | | | Sold<br>(part) | 10/22/15 | J | A | |
| 400. -Johnson & Johnson | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 401. -JPMorgan Chase & Co | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 402. -JPMorgan Chase & Co | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 403. -Microsoft Corp | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 404. -Microsoft Corp | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 405. -Microsoft Corp | | | | | Sold<br>(part) | 10/22/15 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 406. -Nextera Energy Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 407. -Nextera Energy Inc | | | | | Sold (part) | 08/11/15 | J | A | |
| 408. -Norfolk Southern Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 409. -Norfolk Southern Corp | | | | | Buy (add'l) | 08/11/15 | J | | |
| 410. -Paychex Inc | | | | | Sold | 02/06/15 | J | C | |
| 411. -Pepsico Incorporated | | | | | Buy (add'l) | 02/20/15 | J | | |
| 412. -Pepsico Incorporated | | | | | Sold (part) | 08/11/15 | J | A | |
| 413. -Pepsico Incorporated | | | | | Sold (part) | 10/22/15 | J | A | |
| 414. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 415. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 416. -Powershares Senior Loan Portfolio ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 417. -Proctor & Gamble Co | | | | | Buy (add'l) | 02/20/15 | J | | |
| 418. -Proctor & Gamble Co | | | | | Buy (add'l) | 08/11/15 | J | | |
| 419. -Proctor & Gamble Co | | | | | Sold (part) | 10/22/15 | J | | |
| 420. -Qualcomm Inc | | | | | Buy | 02/06/15 | J | | |
| 421. -Qualcomm Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 422. -Qualcomm Inc | | | | | Sold (part) | 08/11/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 423. -Royal Dutch Shell PLC ADR B | | | | | Buy | 09/08/15 | J | | |
| 424. -Royal Dutch Shell PLC ADR B | | | | | Sold<br>(part) | 10/22/15 | J | A | |
| 425. -RPM International Inc | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 426. -Select Sector Spdr Fd Materials | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 427. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 428. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 429. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold<br>(part) | 10/22/15 | J | A | |
| 430. -Spdr S&P Biotech ETF | | | | | Buy | 02/06/15 | J | | |
| 431. -Spdr S&P Biotech ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 432. -Spdr S&P Biotech ETF | | | | | Sold<br>(part) | 08/11/15 | J | A | |
| 433. -Spdr S&P Biotech ETF | | | | | Buy<br>(add'l) | 10/22/15 | J | | |
| 434. -Spdr S&P Emerging Markets Dividend<br>ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 435. -Spdr S&P Emerging Markets Dividend<br>ETF | | | | | Buy<br>(add'l) | 08/11/15 | J | | |
| 436. -Spdr S&P Emerging Markets Dividend<br>ETF | | | | | Sold<br>(part) | 10/22/15 | J | | |
| 437. -Spdr S&P Emerging Markets Dividend<br>ETF | | | | | Sold | 12/22/15 | J | | |
| 438. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy<br>(add'l) | 02/20/15 | J | | |
| 439. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold<br>(part) | 08/11/15 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 48

Name of Person Reporting

Majzoub, Mona K.

Date of Report

08/16/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 440.  -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 10/22/15 | J | | |
| 441.  -Stryker Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 442.  -Stryker Corp | | | | | Sold (part) | 08/11/15 | J | A | |
| 443.  -Sysco Corporation | | | | | Buy (add'l) | 02/20/15 | J | | |
| 444.  -Sysco Corporation | | | | | Sold (part) | 10/22/15 | J | A | |
| 445.  -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 02/20/15 | J | | |
| 446.  -Teva Pharmaceutical ADR Inds Ltd | | | | | Sold (part) | 08/11/15 | J | B | |
| 447.  -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 10/22/15 | J | | |
| 448.  -Thomson Reuters Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 449.  -Thomson Reuters Corp | | | | | Sold (part) | 08/11/15 | J | A | |
| 450.  -Thomson Reuters Corp | | | | | Sold (part) | 10/22/15 | J | A | |
| 451.  -US Bancorp New | | | | | Buy (add'l) | 02/20/15 | J | | |
| 452.  -US Bancorp New | | | | | Sold (part) | 08/11/15 | J | A | |
| 453.  -US Bancorp New | | | | | Buy (add'l) | 10/22/15 | J | | |
| 454.  -VF Corporation | | | | | Buy (add'l) | 02/20/15 | J | | |
| 455.  -VF Corporation | | | | | Sold (part) | 08/11/15 | J | A | |
| 456.  -VF Corporation | | | | | Buy (add'l) | 10/22/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 457. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 458. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 459. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 460. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 461. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 462. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 463. -Vanguard Total Bond Market ETF | | | | | Buy (add'l) | 02/18/15 | K | | |
| 464. -Vanguard Total Bond Market ETF | | | | | Buy (add'l) | 02/20/15 | K | | |
| 465. -Vanguard Total Bond Market ETF | | | | | Sold (part) | 08/11/15 | J | | |
| 466. -Vanguard Total Bond Market ETF | | | | | Sold (part) | 10/22/15 | L | | |
| 467. -Verizon Communications Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 468. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 469. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 10/22/15 | J | | |
| 470. -Hewlett-Packard Co Sr Unsecured | | | | | Sold | 10/16/15 | L | A | |
| 471. -IBM Corp Sr Unsecured | | | | | Sold | 02/19/15 | L | A | |
| 472. -Caterpillar Financial S Senior Notes | | | | | Sold | 02/19/15 | L | A | |
| 473. -Toyota Motor Credit Corp Medium Term Notes | | | | | Sold | 02/19/15 | L | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 48

**Name of Person Reporting**

Majzoub, Mona K.

**Date of Report**

08/16/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 474. -John Deere Capital Corp Medium Term Notes | | | | | Sold | 02/19/15 | L | A | |
| 475. -Occidental Petroleum Cor Sr Unsecured | | | | | Sold | 02/18/15 | L | B | |
| 476. Trust #2 (Brokerage 1) | F | Int./Div. | P1 | T | | | | | |
| 477. -Abbott Laboratories | | | | | Buy (add'l) | 02/20/15 | J | | |
| 478. -Abbott Laboratories | | | | | Buy (add'l) | 12/03/15 | J | | |
| 479. -Apple Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 480. -Apple Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 481. -AT&T Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 482. -AT&T Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 483. -Blackrock Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 484. -BP PLC Spons ADR | | | | | Buy (add'l) | 02/20/15 | J | | |
| 485. -BP PLC Spons ADR | | | | | Sold | 09/08/15 | J | | |
| 486. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 487. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 11/02/15 | J | | |
| 488. -Claymore Guggenheim Bulletshares 2016 High Yield Corp Bd ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 489. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 490. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 11/02/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 491. -Claymore Guggenheim Bulletshares 2017 High Yld Corp Bd Fd ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 492. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond Fund ETF | | | | | Buy | 11/02/15 | L | | |
| 493. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond Fund ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 494. -Comerica Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 495. -Comerica Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 496. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 497. -Costco Whsl Corp New Com | | | | | Buy (add'l) | 12/03/15 | J | | |
| 498. -Dover Corp Common | | | | | Buy (add'l) | 02/20/15 | J | | |
| 499. -Dover Corp Common | | | | | Buy (add'l) | 12/03/15 | J | | |
| 500. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 501. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 502. -Exxon Mobil Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 503. -Exxon Mobil Corp | | | | | Buy (add'l) | 12/03/15 | J | | |
| 504. -Franklin Resources Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 505. -Franklin Resources Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 506. -General Electric Company | | | | | Buy (add'l) | 02/20/15 | J | | |
| 507. -General Electric Company | | | | | Buy (add'l) | 12/03/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 48

Name of Person Reporting

Majzoub, Mona K.

Date of Report

08/16/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 508.  -Genuine Parts Co Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 509.  -Genuine Parts Co Com | | | | | Buy (add'l) | 12/03/15 | J | | |
| 510.  -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 511.  -Guggenheim Bulletshs 2015 High Yield Corp Bond ETF | | | | | Sold | 10/30/15 | L | | |
| 512.  -Guggenheim Bulletshares 2019 High Yield Corp Bond Fund ETF | | | | | Buy | 11/02/15 | L | | |
| 513.  -Guggenheim Bulletshares 2019 High Yield Corp Bond Fund ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 514.  -Honeywell International Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 515.  -Honeywell International Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 516.  -Intel Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 517.  -Intel Corp | | | | | Buy (add'l) | 12/03/15 | J | | |
| 518.  -IShares Core MSCI Total Intl Stk ETF | | | | | Buy | 11/02/15 | K | | |
| 519.  -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 520.  -IShares Core MSCI Total Intl Stk ETF | | | | | Buy (add'l) | 12/22/15 | J | | |
| 521.  -IShares Global Telecom ETF | | | | | Sold | 02/06/15 | K | | |
| 522.  -IShares Ibonds Sep 2015 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 523.  -IShares Ibonds Sep 2015 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 02/23/15 | J | | |
| 524.  -IShares Ibonds Sep 2015 Amt Free Muni Bd ETF | | | | | Sold | 09/08/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Majzoub, Mona K. | 08/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 525.  -IShares Ibonds Sep 2016 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 526.  -IShares Ibonds Sep 2016 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 11/02/15 | K | | |
| 527.  -IShares Ibonds Sep 2016 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 528.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 529.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 02/23/15 | K | | |
| 530.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 11/02/15 | K | | |
| 531.  -IShares Ibonds Sep 2017 Amt Free Muni Bd ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 532.  -IShares Ibonds Sep 2018 Amt-Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |
| 533.  -IShares Ibonds Sep 2018 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 534.  -IShares Ibonds Sep 2019 Amt-Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |
| 535.  -IShares Ibonds Sep 2019 Amt-Free Muni Bond ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 536.  -IShares Ibonds Sep 2020 Amt-Free Muni bond ETF | | | | | Buy | 11/02/15 | M | | |
| 537.  -IShares Ibonds Sep 2020 Amt-Free Muni bond ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 538.  -IShares Tr Ibonds Dec 2021 Amt Free Muni Bond ETF | | | | | Buy | 11/02/15 | M | | |
| 539.  -IShares Tr Ibonds Dec 2021 Amt Free Muni Bond ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 540.  -IShares IboxxS High Yield Corp Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 541.  -IShares IboxxS High Yield Corp Bond ETF | | | | | Sold | 10/30/15 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

# FINANCIAL DISCLOSURE REPORT
Page 37 of 48

Name of Person Reporting
Majzoub, Mona K.

Date of Report
08/16/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 542. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 543. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 544. -IShares MSCI EAFE Growth ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 545. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 11/02/15 | J | | |
| 546. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 547. -IShares MSCI EAFE Value ETF | | | | | Sold (part) | 11/02/15 | J | | |
| 548. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 549. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Sold | 10/30/15 | J | | |
| 550. -IShares PHLX Semiconductor ETF | | | | | Buy | 12/23/15 | J | | |
| 551. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 552. -IShares Russell Midcap Growth ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 553. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 554. -IShares Russell Mid-Cap Value ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 555. -IShares Select Dividend ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 556. -IShares Select Dividend ETF | | | | | Sold (part) | 11/02/15 | J | A | |
| 557. -Johnson & Johnson | | | | | Buy (add'l) | 02/20/15 | J | | |
| 558. -Johnson & Johnson | | | | | Buy (add'l) | 12/03/15 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,000 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 559. -JPMorgan Chase & Co | | | | | Buy (add'l) | 02/20/15 | J | | |
| 560. -JPMorgan Chase & Co | | | | | Buy (add'l) | 12/03/15 | J | | |
| 561. -Microsoft Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 562. -Microsoft Corp | | | | | Buy (add'l) | 12/03/15 | J | | |
| 563. -Nextera Energy Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 564. -Nextera Energy Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 565. -Norfolk Southern Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 566. -Norfolk Southern Corp | | | | | Buy (add'l) | 12/03/15 | J | | |
| 567. -Paychex Inc | | | | | Sold | 02/06/15 | K | B | |
| 568. -Pepsico Incorporated | | | | | Buy (add'l) | 02/20/15 | J | | |
| 569. -Pepsico Incorporated | | | | | Buy (add'l) | 12/03/15 | J | | |
| 570. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 571. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 572. -Procter & Gamble Co | | | | | Buy (add'l) | 02/20/15 | J | | |
| 573. -Procter & Gamble Co | | | | | Buy (add'l) | 12/03/15 | J | | |
| 574. -Qualcomm Inc | | | | | Buy | 02/06/15 | K | | |
| 575. -Qualcomm Inc | | | | | Buy (add'l) | 02/20/15 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 576. -Qualcomm Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 577. -Qualcomm Inc | | | | | Sold | 12/24/15 | J | | |
| 578. -Royal Dutch Shell PLC ADR B | | | | | Buy | 09/08/15 | J | | |
| 579. -Royal Dutch Shell PLC ADR B | | | | | Buy (add'l) | 12/03/15 | J | | |
| 580. -RPM International Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 581. -RPM International Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 582. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 02/20/15 | J | | |
| 583. -Select Sector Spdr Fd Materials | | | | | Buy (add'l) | 12/03/15 | J | | |
| 584. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 02/20/15 | J | | |
| 585. -Select Sector Spdr Tr Utilities Select Sector | | | | | Buy (add'l) | 12/03/15 | J | | |
| 586. -Spdr S&P Biotech ETF | | | | | Buy | 02/06/15 | K | | |
| 587. -Spdr S&P Biotech ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 588. -Spdr S&P Biotech ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 589. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 590. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold | 12/22/15 | J | | |
| 591. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 592. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Buy (add'l) | 12/03/15 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 593. -Stryker Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 594. -Stryker Corp | | | | | Buy (add'l) | 12/03/15 | J | | |
| 595. -Sysco Corporation | | | | | Buy (add'l) | 02/20/15 | J | | |
| 596. -Sysco Corporation | | | | | Buy (add'l) | 12/03/15 | J | | |
| 597. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 02/20/15 | J | | |
| 598. -Teva Pharmaceutical ADR Inds Ltd | | | | | Buy (add'l) | 12/03/15 | J | | |
| 599. -Thomson Reuters Corp | | | | | Buy (add'l) | 02/20/15 | J | | |
| 600. -Thomson Reuters Corp | | | | | Buy (add'l) | 12/03/15 | J | | |
| 601. -US Bancorp New | | | | | Buy (add'l) | 02/20/15 | J | | |
| 602. -US Bancorp New | | | | | Buy (add'l) | 12/03/15 | J | | |
| 603. -VF Corporation | | | | | Buy (add'l) | 02/20/15 | J | | |
| 604. -VF Corporation | | | | | Buy (add'l) | 11/02/15 | J | | |
| 605. -VF Corporation | | | | | Buy (add'l) | 12/03/15 | J | | |
| 606. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 02/20/15 | J | | |
| 607. -Vanguard FTSE Developed Markets ETF | | | | | Sold (part) | 11/02/15 | K | | |
| 608. -Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 609. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 02/20/15 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 610. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Sold (part) | 11/02/15 | J | | |
| 611. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | | | Buy (add'l) | 12/03/15 | J | | |
| 612. -Verizon Communications Com | | | | | Buy (add'l) | 02/20/15 | J | | |
| 613. -Verizon Communications Com | | | | | Buy (add'l) | 12/03/15 | J | | |
| 614. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 02/20/15 | J | | |
| 615. -Wal-Mart Stores Inc | | | | | Buy (add'l) | 12/03/15 | J | | |
| 616. -IBM Corp Sr Unsecured | | | | | Sold | 02/19/15 | L | A | |
| 617. -Toyota Motor Credit Corp Medium Term Notes | | | | | Sold | 02/19/15 | L | B | |
| 618. -John Deere Capital Corp Medium Term Notes | | | | | Sold | 02/19/15 | L | A | |
| 619. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 02/10/15 | K | | |
| 620. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 02/20/15 | K | | |
| 621. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 02/23/15 | L | | |
| 622. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 05/04/15 | K | | |
| 623. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Buy (add'l) | 06/03/15 | K | | |
| 624. -Federated Mun Secs Income Tr Mich Inter Mun Tr Cl-A | | | | | Sold | 10/30/15 | M | A | |
| 625. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Buy (add'l) | 02/23/15 | J | | |
| 626. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Sold (part) | 10/30/15 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 627. -Vanguard Mun Bd Fd Inter Term Tax Exempt Fd Admiral Shs | | | | | Buy (add'l) | 12/04/15 | J | | |
| 628. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Sold (part) | 02/23/15 | M | | |
| 629. -Vanguard Mun Bd Fd Ltd Term Tax Exempt Fd Shs Admiral | | | | | Sold | 10/30/15 | M | | |
| 630. Trust #1-2 (Wells Fargo Advisors) - fka Trust #1-2 (Brokerage 1) | A | Interest | M | T | | | | | |
| 631. Trust #3 (Brokerage 1) | D | Int./Div. | O | T | | | | | |
| 632. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Buy (add'l) | 08/11/15 | K | | |
| 633. -Claymore Exchange Guggenheim Bulletshares 2018 Corp Bond ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 634. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Buy | 08/11/15 | K | | |
| 635. -Claymore Exchange Guggenheim Bulletshares 2019 Corp Bond ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 636. -Claymore Exchange Guggenheim Bulletshares 2020 Corp Bond ETF | | | | | Buy | 10/22/15 | K | | |
| 637. -Claymore Guggenheim Bulletshares 2015 Corporate Bond ETF | | | | | Buy | 08/11/15 | K | | |
| 638. -Claymore Guggenheim Bulletshares 2015 Corporate Bond ETF | | | | | Sold | 10/22/15 | K | | |
| 639. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy | 08/11/15 | K | | |
| 640. -Claymore Guggenheim Bulletshares 2016 Corporate Bond ETF | | | | | Buy (add'l) | 10/22/15 | J | | |
| 641. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy | 08/11/15 | K | | |
| 642. -Claymore Guggenheim Bulletshares 2017 Corporate Bond ETF | | | | | Buy (add'l) | 10/22/15 | J | | |
| 643. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF(seePtVIII) | | | | | Sold (part) | 08/11/15 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 644. -Claymore Guggenheim Bulletshares 2016 High Yld Corp Bd ETF(seePtVIII) | | | | | Sold (part) | 10/22/15 | J | | |
| 645. -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | | | | | Buy | 08/11/15 | K | | |
| 646. -Claymore Guggenheim Bulletshares 2017 High Yield Corp Bond Fund ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 647. -Claymore Guggenheim Bulletshares 2018 High Yield Corp Bond ETF | | | | | Buy | 10/22/15 | K | | |
| 648. -Energy Select Sector Spdr ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 649. -Energy Select Sector Spdr ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 650. -Guggenheim Bulletshares 2021 Corporate ETF | | | | | Buy | 10/22/15 | K | | |
| 651. -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Sold (part) | 08/11/15 | J | | |
| 652. -Guggenheim Bulletshares 2015 High Yield Corp Bond ETF | | | | | Sold | 10/22/15 | K | | |
| 653. -Guggenheim Bulletshares 2019 High Yield ETF | | | | | Buy | 10/22/15 | K | | |
| 654. -Industrial Select Sector Spdr ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 655. -Industrial Select Sector Spdr ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 656. -IShares Core MSCI Total Intl Stk ETF | | | | | Buy | 10/22/15 | J | | |
| 657. -IShares Global Telecom ETF | | | | | Sold | 08/11/15 | J | A | |
| 658. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Sold (part) | 08/11/15 | J | | |
| 659. -IShares Iboxx$ High Yield Corp Bond ETF | | | | | Sold | 10/22/15 | K | | |
| 660. -IShares Intermediate Credit Bond ETF | | | | | Buy (add'l) | 08/11/15 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. -IShares Intermediate Credit Bond ETF | | | | | Sold | 10/22/15 | L | A | |
| 662. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 08/11/15 | J | | |
| 663. -IShares JP Morgan USD Emerging Markets Bond ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 664. -IShares MSCI EAFE Growth ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 665. -IShares MSCI EAFE Value ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 666. -IShares MSCI EAFE Value ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 667. -IShares MSCI Emerging Markets Minimum Volatility ETF | | | | | Sold | 10/22/15 | J | | |
| 668. -IShares Russell Midcap Growth ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 669. -IShares Russell Midcap Growth ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 670. -IShares Russell Mid-Cap Value ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 671. -IShares Russell Mid-Cap Value ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 672. -IShares Select Dividend ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 673. -IShares Select Dividend ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 674. -Powershares Senior Loan Portfolio ETF | | | | | Buy (add'l) | 08/11/15 | K | | |
| 675. -Powershares Senior Loan Portfolio ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 676. -Sector Spdr Tr Technology Select Sector ETF | | | | | Sold (part) | 08/11/15 | J | B | |
| 677. -Sector Spdr Tr Technology Select Sector ETF | | | | | Sold (part) | 10/22/15 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. -Select Sector Spdr Fd Consumer Discretionary | | | | | Buy (add'l) | 08/11/15 | J | | |
| 679. -Select Sector Spdr Fd Consumer Discretionary | | | | | Sold (part) | 10/22/15 | J | A | |
| 680. -Select Sector Spdr Tr Consumer Staples | | | | | Sold (part) | 08/11/15 | J | A | |
| 681. -Select Sector Spdr Tr Consumer Staples | | | | | Sold (part) | 10/22/15 | J | B | |
| 682. -Select Sector Spdr Tr Financial ETF | | | | | Sold (part) | 08/11/15 | J | B | |
| 683. -Select Sector Spdr Tr Financial ETF | | | | | Sold (part) | 10/22/15 | J | A | |
| 684. -Select Sector Spdr Fd Health Care | | | | | Sold (part) | 08/11/15 | J | C | |
| 685. -Select Sector Spdr Fd Health Care | | | | | Sold (part) | 10/22/15 | J | A | |
| 686. -Select Sector Spdr Fd Materials | | | | | Sold (part) | 10/22/15 | J | A | |
| 687. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 08/11/15 | J | A | |
| 688. -Select Sector Spdr Tr Utilities Select Sector | | | | | Sold (part) | 10/22/15 | J | A | |
| 689. -Spdr S&P Biotech ETF | | | | | Buy | 08/11/15 | J | | |
| 690. -Spdr S&P Emerging Markets Dividend ETF | | | | | Buy (add'l) | 08/11/15 | J | | |
| 691. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold (part) | 10/22/15 | J | | |
| 692. -Spdr S&P Emerging Markets Dividend ETF | | | | | Sold | 12/22/15 | J | | |
| 693. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold (part) | 08/11/15 | J | A | |
| 694. -Spdr S&P Midcap 400 Trust Series N ETF | | | | | Sold (part) | 10/22/15 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transaction*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | Gross<br>of rep |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) |
| 695. -Vanguard FTSE Developed Markets ETF | | | |
| 696. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | |
| 697. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | | | |
| 698. -Vanguard Telecommunications Services ETF | | | |
| 699. -Vanguard Total Bond Market ETF | | | |
| 700. -Toyota Motor Credit Corp Medium Term Notes | | | |
| 701. -Occidental Petroleum Cor Sr Unsecured | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout the report, the initials "fka" stand for "formerly known as" when a name has changed for the current year. The fka name may at times be abbreviated or lack spaces in order to fit everything in the box provided.

Line 303 - Trust #6 - Checking (PNC Bank) - All cash.

Line 304 - Trust #3 - Checking (PNC Bank) - All cash.

Line 305 - Checking (Bank of America) - All cash.

Line 630 - Trust #1-2 - (Wells Fargo Advisors) - All cash.

Lines 643 and 644 - Trust #3 (Brokerage 1) This needs more explanation... Last year this was listed without the word "Guggenheim" in it. We now have put that word in. There was not enough room in the box to put the entire former name in it after the current name.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mona K. Majzoub**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544